**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

Jessica Lehman,

Plaintiff,

v.

City of Chicago,

Defendant.

FILED

JUN 22 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 1:26-cv-07202

Judge Joan H. Lefkow

**Certification of Service**

I, Jessica Jamie Lehman, declare under penalty of perjury that on June 18, 2026, I served a true

and correct copy of the foregoing Emergency Motion for Temporary Restraining Order With

Notice and Preliminary Injunction, along with all attached exhibits and the Motion To File

Address Under Seal, on Defendant City of Chicago by hand delivery to the City Clerk of

Chicago, who accepted service on behalf of the Mayor of the City of Chicago, at Chicago City

Hall, 121 N LaSalle Street, Chicago, IL 60602.

This Certificate of Service pertains solely to the Emergency Motion for Temporary Restraining Order and Motion to File Address Under Seal and does not constitute service of the Summons and Complaint under Rule 4 of the Federal Rules of Civil Procedure.

The City Clerk stamped the documents as received:

Chicago City Clerk-Council Div.

2026 JUN 18 PM 2:56

Executed on June 18, 2026.

Jessica Jamie Lehman

Address: Confidential (Sealed Address Sheet Attached Under LR 5.7)

Chicago, IL 60612

Email: jessica@jessicaj.studio

Phone: (317) 450-9525