\c

F I L E D

JUN 18 2026 JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jessica Lehman
Plaintiff

v.

City of Chicago
Defendant

Case No. _____

Judge _____

1:26-cv-07202
Judge Joan H. Lefkow
Magistrate Judge M. David Weisman
Random/Cat 2

**PLAINTIFF'S MOTION TO FILE ADDRESS UNDER SEAL**

**PURSUANT TO LOCAL RULE 5.7**

Plaintiff Jessica Lehman, proceeding pro se, respectfully moves this Court for an order permitting Plaintiff to file her residential address under seal, and in support thereof states as follows:

1. Plaintiff is filing a Complaint in this matter along with an Application to Proceed In Forma Pauperis.

2. Local Rule 5.7 of the Northern District of Illinois governs the filing of confidential addresses and permits a party to request that certain identifying information be filed under seal.

3. Plaintiff currently resides in a confidential hotel-based shelter program operated by SGA Youth & Family Services ("SGA"), a delegate agency of the City of Chicago's Department of Family and Support Services ("DFSS"). This shelter provides housing to survivors of domestic violence and gender-based violence.

4. The precise location and address of this shelter are confidential by design. The shelter's confidentiality is essential to:

· Protect Plaintiff's current living location from public disclosure;

· Prevent potential harassment, stalking, or retaliation by the Defendant or others;

· Comply with the shelter's security protocols; and

· Protect the safety and anonymity of other survivors of domestic violence and gender-based violence who reside at the same confidential shelter.

5. Public disclosure of the shelter's address in the court file would:

· Expose Plaintiff's current residence to the public and the Defendant, creating a significant and imminent risk of harm;

· Potentially identify and endanger other survivors residing at the same confidential location; and

· Undermine the security and confidentiality measures that the shelter relies upon to keep its residents safe.

6. Plaintiff's residential address is required to be disclosed on the Application to Proceed In Forma Pauperis and other filings. Plaintiff seeks to file only her residential address under seal. Plaintiff has no P.O. Box, alternative mailing address, or safe third-party location to use for public filings.

7. The Confidential Address Sheet (LR 5.7) submitted concurrently with this motion contains Plaintiff's full residential address and is requested to be maintained under seal.

8. Plaintiff requests that the Clerk of Court be directed to file the Confidential Address Sheet under seal and that the address be redacted from all publicly accessible filings.

9. Plaintiff requests that the Court permit Plaintiff to omit her residential address from all non-confidential documents filed in this matter and instead use only her City, State, and ZIP Code (Chicago, IL 60612) on public filings. Plaintiff further requests that the Court permit service of all orders, notices, and correspondence via email to jessica@jessicaj.studio, as she has no alternative mailing address.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

· Granting this motion to seal Plaintiff's residential address;

· Directing the Clerk to file the Confidential Address Sheet (LR 5.7) under seal;

· Permitting Plaintiff to omit her residential address from all publicly filed documents and to use only her City, State, and ZIP Code on public filings;

· Directing that all Court correspondence and service may be made via email to jessica@jessicaj.studio; and

· Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Jessica Jamie Lehman

Address on File with the Court Under Seal

(No alternative mailing address available)

Chicago, IL 60612

Email: jessica@jessicaj.studio

Phone: (317) 450-9525

Pro Se Plaintiff

**RECEIVED**

JUN 18 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PROPOSED ORDER**

This matter comes before the Court on Plaintiff's Motion to File Address Under Seal Pursuant to Local Rule 5.7. The Court, having reviewed the motion and being fully advised in the premises, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's residential address shall be filed UNDER SEAL;

2. The Clerk of Court is directed to file the Confidential Address Sheet (LR 5.7) under seal;

3. Plaintiff is permitted to omit her residential address from all publicly filed documents and shall use only "Chicago, IL 60612" for public filings;

4. All Court correspondence and service may be made via email to jessica@jessicaj.studio; and

5. The sealed address shall remain on file with the Court for internal records only.

ENTERED this _____ day of _____, 2026.

United States District Judge