**RECEIVED**

JUN 18 2026 JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:26-cv-07202
Judge Joan H. Lefkow
Magistrate Judge M. David Weisman
Random/Cat 2

PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Temporary Restraining Order With Notice and

Preliminary Injunction, and for good cause shown, it is hereby ORDERED that:

1. Plaintiff's Motion for Temporary Restraining Order is GRANTED.

2. Defendant City of Chicago is TEMPORARILY RESTRAINED from terminating Plaintiff Jessica Lehman from DFSS-funded shelter services or otherwise removing her from the City's homelessness response system pending a preliminary injunction hearing.

3. Defendant City of Chicago shall immediately provide Plaintiff with an ADA-compliant, non-congregate, sensory-safe hotel room as an interim placement, with a private bathroom and 24-hour access to the facility except for reasonable cleaning or maintenance periods, located in the downtown Chicago area, or within one mile of accessible public transit in reasonable proximity to downtown, until further order of this Court.

4. Defendant City of Chicago shall provide Plaintiff with a written mailing or pickup address for program-related correspondence and housing applications. The City may designate the hotel used for Plaintiff's interim non-congregate placement as this address. The City shall also ensure that Plaintiff has access to a quiet, private, sensory-safe meeting location for any required in-person meetings with case managers or housing navigators, which may be located at said hotel if appropriate.

5. This Temporary Restraining Order shall remain in effect until the Court resolves Plaintiff's forthcoming request for appointment of counsel and sets a schedule for further proceedings on Plaintiff's Motion for Preliminary Injunction. The Court finds that

Plaintiff is proceeding in forma pauperis and that requiring security would effectively deny her access to judicial review. The bond requirement of Federal Rule of Civil Procedure 65(c) is therefore waived.

6. Plaintiff shall serve this order on Defendant immediately.

ENTERED: this _____ day of _____, 2026

United States District Judge