**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jessica Lehman

          Plaintiff,

v.

City of Chicago

          Defendant.

Case No.: 1:26–cv–07202
Honorable Joan H. Lefkow

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion for leave to proceed in forma pauperis [4] granted. The Court instructs the Clerk to issue summons for service of the complaint on Defendant and appoints the United States Marshals Service to effect service. The Clerk is directed to send Plaintiff a copy of this order along with a blank USM–285 (Marshals Service) form and instructions. Plaintiff must complete and return the USM–285 form for service on Defendant(s). The Marshal is authorized to mail a request for waiver of service to the Defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service. A hearing is set on the emergency motion for temporary restraining order [5] for 7/8/2026 at 9:15 a.m. in person in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.