**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jessica Lehman v. City of Chicago

Case Number: 1:26-cv-07202

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago

Attorney name (type or print):  Amie L. Medley

Firm:    City of Chicago Law Department

Street address:      2 North LaSalle, Suite 520

City/State/Zip:    Chicago, IL 60602

Bar ID Number:  6338038
(See item 3  in instructions)

Telephone Number:    312-744-2742

Email Address: amie.medley@cityofchicago.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐   Retained Counsel

☐   Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 24, 2026

Attorney signature:     S/ Amie L. Medley
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023