**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JESSICA LEHMAN

                           Plaintiff,

                v.

CITY OF CHICAGO,

                        Defendant.

No. 1:26-cv-07202

Hon. Joan Lefkow
Hon. David Weisman

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant City of Chicago respectfully move the Court for an order extending Defendants' time to file a response to the Complaint, Dkt. 13, from July 9, 2026 to August 6, 2026. In support of this motion, Defendant states as follows:

1. Plaintiff Jessica Lehman filed her Complaint on June 18, 2026. The Complaint was served at the City Clerk's office later that day.

2. Defendant's deadline to file a response to the Complaint is currently July 9, 2026. Defendant respectfully requests an extension of 28 days to prepare and file its response to the Complaint. This is Defendant's first request for an extension of time.

3. Defendant requires an extension of time to finalize its response to the Complaint due to the need for internal review and competing professional obligations, including responding to Plaintiff's motion for temporary restraining order. The parties would like to have some additional time to discuss potential resolutions before the City files a response.

4. The Court may grant this extension for good cause. Fed. R. Civ. P. 6(b)(1)(A). For the reasons stated above, Defendant respectfully seeks a 28-day extension of its deadline to respond to the Complaint.

1

5.      The instant motion is not being filed to unnecessarily delay the resolution of this matter or otherwise burden the Court or Plaintiff.

6.      On July 6, 2026, undersigned counsel for Defendant contacted Plaintiff, who is representing herself pro se, via email regarding this requested extension and Plaintiff responded that she agrees to the proposed extension.

WHEREFORE, Defendant respectfully requests that the Court grant it a 28-day extension of time, up to and including August 6, 2026, to file its response to the Complaint.

Date:   July 6, 2026

AMIE L. MEDLEY
amie.medley@cityofchicago.org
City of Chicago, Department of Law
Constitutional and Commercial
 Litigation Division
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 744-2742
*Attorney for Defendant City of Chicago*

Respectfully submitted,

MARY B. RICHARDSON-LOWRY,

Corporation Counsel for the City of Chicago

By: /s/ *Amie L. Medley*
     Amie L. Medley
     Senior Counsel

2