**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jessica Lehman
           Plaintiff,

v.
                                       Case No.: 1:26–cv–07202
                                       Honorable Joan H. Lefkow

City of Chicago
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: The City has submitted a memorandum informing the court that plaintiff has received the accommodation she requests in her emergency motion for temporary restraining order (5). The City represents that "Plaintiff will not lose her current housing placement while arranging for stable housing." If plaintiff is satisfied that a hearing on her motion for temporary restraining order is no longer necessary, she shall notify counsel for the City via email. Counsel for the City shall notify the courtroom deputy whether the hearing is still needed. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.