**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jessica Lehman

                Plaintiff,

v.

                                            Case No.: 1:26–cv–07202

                                            Honorable Joan H. Lefkow

City of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. Emergency motion for temporary restraining order with notice and preliminary injunction [5] is denied without prejudice. Defendant's unopposed motion for extension of time to respond to complaint [16] is granted. Defendant has until August 6, 2026 to answer or otherwise plead. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.