**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JESSICA LEHMAN,

                    Plaintiff,

          v.

CITY OF CHICAGO,

                    Defendant.

No. 1:26-cv-07202

Hon. Joan Lefkow
Hon. David Weisman

**DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

Defendant City of Chicago respectfully moves the Court for an order dismissing Plaintiff's claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Complaint fails to state a claim upon which relief can be granted. In support of this Motion, Defendant incorporates its accompanying memorandum of law and states as follows:

1.      Plaintiff Jessica Lehman alleges that she is an autistic transgender woman who has multiple disabilities and has been experiencing homelessness since April. She is currently housed through the City's program for survivors of gender-based violence in a private room with a private bathroom that accommodates her disabilities.

2.      Plaintiff alleges that the City's shelter system does not meet her disability needs. She attempts to allege three claims under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act: discrimination based on a failure to accommodate her disabilities, intentional discrimination, and retaliation. Plaintiff seeks injunctive relief and damages.

3.      Plaintiff's failure to accommodate claim should be dismissed because her allegations show that the City did provide her with the requested accommodation and that system-wide changes to the shelter system would be a fundamental alteration not required by the ADA. She also fails to plausibly allege that the City refused to extend her placement in the GBV hotel program or to engage in the interactive process.

4.      Plaintiff's intentional discrimination claim should be dismissed because she does not allege that the City denied her any service because of her disabilities.

5.      Plaintiff's retaliation claim should be dismissed because she does not allege that she suffered an adverse action or connect the alleged adverse action to her accommodation request.

6.      Plaintiff's request for damages fails because she alleges no facts suggesting that the City acted with deliberate indifference.

WHEREFORE, for the reasons above and in the accompanying memorandum of law, the Court should grant Defendant's Motion and dismiss the Complaint under Rule 12(b)(6) with prejudice.

Date:   August 6, 2026                              Respectfully submitted,

AMIE L. MEDLEY                                      MARY B. RICHARDSON-LOWRY,
amie.medley@cityofchicago.org
HANNAH L. PITCHER                                   Corporation Counsel for the City of
hannah.pitcher@cityofchicago.org                    Chicago
City of Chicago, Department of Law
Constitutional and Commercial                       By: /s/ *Hannah L. Pitcher*
  Litigation Division                                   Hannah L. Pitcher
2 North LaSalle Street, Suite 520                       Assistant Corporation Counsel
Chicago, Illinois 60602
(312) 744-2742 / 742-6238
*Attorneys for Defendant*

2