**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jessica Lehman

              Plaintiff,

v.

           Case No.: 1:26–cv–07202
           Honorable Joan H. Lefkow

City of Chicago

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 7, 2026:

       MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff's response to the motion to dismiss [22] is due by 8/20/2026. Status hearing date is stricken. A ruling on motion hearing is set for 9/2/2026 at 9:30 a.m. in person in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.