



**FILED**
8/12/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

Jessica Lehman,

Plaintiff,

v.

City of Chicago,

Defendant.

Case No. 1:26-cv-07202

Judge Joan H. Lefkow

**Certificate of Service**

I hereby certify that on August 12, 2026, I served a copy of the foregoing Plaintiff's Response to

Defendant's Motion to Dismiss on Defendant's counsel via email, pursuant to Federal Rule of

Civil Procedure 5(b)(2)(E), to:

Amie L. Medley

amie.medley@cityofchicago.org

Hannah L. Pitcher

hannah.pitcher@cityofchicago.org

City of Chicago, Department of Law

Constitutional and Commercial Litigation Division

2 North LaSalle Street, Suite 520

Chicago, Illinois 60602

---

Executed on August 12th, 2026.

s/ Jessica Jamie Lehman

Address: Confidential (Sealed Address Sheet Attached Under LR 5.7)

Chicago, IL 60612

Email: jessica@jessicaj.studio

Phone: (317) 450-9525