# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

Chicago City Clerk-Council Div.
2026 AUG 13 PM 2:50

Jessica Lehman,

Plaintiff,

v.

City of Chicago,

Defendant.

*IC*

**FILED**

AUG 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 1:26-cv-07202

Judge Joan H. Lefkow

**Corrected Certificate of Service**

I, Jessica Jamie Lehman, declare under penalty of perjury that on August 13, 2026, I served a true and correct copy of the foregoing **Plaintiff's Response to Defendant's Motion to Dismiss** on Defendant City of Chicago by hand delivery to the City Clerk of Chicago at Chicago City Hall, 121 N LaSalle Street, Chicago, IL 60602.

This Certificate of Service pertains solely to the **Plaintiff's Response to Defendant's Motion to Dismiss** under Rule 12(b)(6) and does not constitute service of the Summons and Complaint under Rule 4 of the Federal Rules of Civil Procedure..

Executed on August 13th, 2026.

s/ Jessica Jamie Lehman

Address: Confidential (Sealed Address Sheet Attached Under LR 5.7)

Chicago, IL 60612

Email: jessica@jessicaj.studio

Phone: (317) 450-9525