**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jessica Lehman
Plaintiff,
v.
City of Chicago
Defendant.

Case No.: 1:26−cv−07202
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: By email request of the parties, the motion for TRO [30] is withdrawn. Motion hearing set for 9/30/2026 is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.